UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 15220
    KENYETTE L GREEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6869
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 11/20/06 and confirmed on 03/15/07.

   2.  The case was dismissed after confirmation, 01/18/2008.

   3.  The Debtor paid a total of $   7852.86 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 100.00 | 2.89 | 90.63 |
| REGIONAL ACCEPTANCE CORP | SECURED VEHIC | 23534.96 | 1648.42 | 4857.09 |
| ILLINOIS DEPT REVENUE | PRIORITY | 650.45 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1570.00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1206.15 | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 931.30 | .00 | .00 |
| CENTRAL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO ORTHOPEDIC ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 70.89 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 1120.00 | .00 | .00 |
| CLAIMS ACCOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PLUS COLLECTION S | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 938.85 | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 409.71 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| KROGER CHECK RECOVERY CE | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | 353.27 | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | UNSECURED | 1837.17 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SHORT TERM LOAN            UNSECURED       NOT FILED          .00         .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00         .00
TELECHECK                  UNSECURED       NOT FILED          .00         .00
THE MONEY MARKET           UNSECURED       NOT FILED          .00         .00
THERAPHY PROVIDERS OF AM   UNSECURED         3636.00          .00         .00
TRUSTMARK RECOVERY SRV     UNSECURED       NOT FILED          .00         .00
VILLAGE OF BOLINGBROOK     UNSECURED       NOT FILED          .00         .00
VILLAGE OF BOLINGBROOK     UNSECURED       NOT FILED          .00         .00
ZALUTSKY & PINSKI          REIMBURSEMENT       75.00          .00       75.00
MONTEREY FINANCIAL SVCS    UNSECURED          187.00          .00         .00
MEADOWS CREDIT UNION       UNSECURED        22676.21          .00         .00
ILLINOIS DEPT REVENUE      UNSECURED          148.60          .00         .00
```

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  23634.96       725.45     35085.15         .00     59445.56
PRINCIPAL PAID       4947.72        75.00          .00         .00      5022.72
INTEREST PAID        1651.31          .00          .00         .00      1651.31
TOTAL PAID           6599.03        75.00          .00         .00      6674.03
```

The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $   2500.00 and was paid $     .00 .

The Trustee received $    267.76 .

Refunds to the Debtor totaled $    911.07 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/18/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                             PAGE   2
           CASE NO. 06 B 15220 KENYETTE L GREEN